UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIN KWOK KEUNG,

                              Plaintiff,

          -v-

SAINT ANNA HOUSE BAKERY, INC.,

                             Defendants.

21 Civ. 6684 (PAE) (JLC)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion for reconsideration on its order of dismissal. *See* Dkt. 16. The Court dismissed this case after the plaintiff failed to show cause as to why the case should not be dismissed for failure to prosecute, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See* Dkt. 15. Defendants never appeared in the case, and plaintiff did not take any steps to move for default judgment. The deadline to show cause was January 8, 2022. *See* Dkt. 14. The Court's dismissal was issued March 31, 2022. *See* Dkt. 15.

In its motion for reconsideration, plaintiff claimed that she had been negotiating a settlement with counsel for the defendants, and that counsel had mis-docketed the deadline to show cause. *See* Dkt. 16.

The Court requires corroboration of these representations, before considering the application to reopen the case. The Court directs plaintiff's counsel, by Friday, April 15, 2022, to file a letter on the docket from counsel for the defendants of this case stating whether defense counsel agrees that plaintiff's counsel's factual representations regarding the status of settlement discussions are accurate.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 8, 2022
       New York, New York