UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                         :

  LIN KOWK KEUNG,                         :
                         :

                    Plaintiff,       :      21 Civ. 6684 (PAE) (JLC)
       -v-                     :
                         :          <u>ORDER</u>

  SAINT ANNA HOUSE BAKERY, INC. ET AL,  :

                  Defendants.   :
                         :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On March 31, 2022, the Court dismissed the above-captioned case for failure to prosecute. Dkt. 15. The Court had initially ordered the plaintiff to show cause why the case should not be dismissed for failure to prosecute on October 28, 2021, and had extended the deadline multiple times. Dkts. 10, 12, 14. When the Court dismissed the case on March 31, 2022, plaintiff's deadline to show cause had been January 7, 2022. *See* Dkt. 14.

On March 31, 2022, the Court received a motion for reconsideration from plaintiff, seeking to reopen the case. Dkt. 16. Plaintiff explained that counsel had mis-docketed the deadline, and that the parties were negotiating a settlement. *Id.* On April 15, 2022, defense counsel confirmed that the parties had been engaged in settlement discussions when the Court closed the case. Dkt. 18.

Since that date, the Court has not been updated as to the status of any settlement discussions. By August 9, 2022, the parties are directed to file a joint letter on the docket as to the status of such discussions and whether there is any basis to reopen the case.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: August 5, 2022
         New York, New York